# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO.  23-CR-51 (ABJ) |
| v. : | |
| : | **(UNDER SEAL)** |
| **JACOB BLAIR,** : | |
| also known as "YVS," : | |
| also known as "Colorshifting,' : | |
| also known as "YourVendorsSupplier," : | |
| also known as "YVendorsSupplier," : | |
| **Defendant.** : | |

## MOTION TO UNSEAL INDICTMENT AND RECORDS

Now comes the United States of America, by and through the United States Attorney for the District of Columbia, Matthew Graves, and Assistant United States Attorney Kevin L Rosenberg and hereby requests that this indictment and case be unsealed. Defendant Jacob Blair was arrested on February 24, 2023, and the need for sealing no longer exists.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    DC Bar No. 481052

By:    */s/ Kevin Rosenberg*
    KEVIN ROSENBERG
    Assistant United States Attorney
    OHIO BAR 81448
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7833
    Kevin.Rosenberg@usdoj.gov