## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  23-CR-51 (ABJ)** |
| | : | |
| **v.** | : | |
| | : | **(UNDER SEAL)** |
| **JACOB BLAIR,** | : | |
| **also known as "YVS,"** | : | |
| **also known as "Colorshifting,'** | : | |
| **also known as "YourVendorsSupplier,"** | : | |
| **also known as "YVendorsSupplier,"** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Based upon the Government's motion and representations contained therein, it is hereby

**ORDERED** that this indictment and records are hereby unsealed and shall be made

available to the public on PACER as the need for sealing no longer exists.

SIGNED this 24th day of February 2023.

_____
AMY BERMAN JACKSON
United States District Judge

2