UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 23-CR-51 (ABJ) |
| v. | |
| JACOB BLAIR,<br>also known as "YVS,"<br>also known as "Colorshifting,'<br>also known as "YourVendorsSupplier,"<br>also known as "YVendorsSupplier," | (UNDER SEAL)<br><br>**FILED**<br>FEB 28 2023<br>Clerk, U S District & Bankruptcy<br>Courts for the District of Columbia |
| Defendant. | |

## ORDER

Based upon the Government's motion and representations contained therein, it is hereby

**ORDERED** that this indictment and records are hereby unsealed and shall be made available to the public on PACER as the need for sealing no longer exists.

_____
AMY BERMAN JACKSON
United States District Judge

2/28/2023
Date