AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JACOB BLAIR | ) Case No. |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JACOB BLAIR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FOUR HUNDRED GRAMS OR MORE OF FENTANYL, METHAMPHETAMINE, AND METONITAZENE;
18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 - MONEY LAUNDERING;
18 U.S.C. § 924(c)(1) - USING, CARRYING, AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;
FORFEITURE: 21 U.S.C. § 853(a), (p); 18 U.S.C. § 924(d); 18 U.S.C. § 982(a)(1); and 28 U.S.C. § 2461(c)

Date:   03/02/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.03.02 20:22:42 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/3/23, and the person was arrested on *(date)* 3/3/23
at *(city and state)*   Pittsburgh, PA.

Date: 3/3/23

*Arresting officer's signature*

Brian Campanale   Special Agent FBI
*Printed name and title*