# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 23-CR-51 (ABJ)** |
| v. : | |
| **JACOB BLAIR,** : | |
| also known as "YVS," : | |
| also known as "Colorshifting,' : | |
| also known as "YourVendorsSupplier," : | |
| also known as "YVendorsSupplier," : | |
| **Defendant.** : | |

## MOTION TO QUASH ARREST WARRANT

Now comes the United States of America, by and through the United States Attorney for the District of Columbia, Matthew Graves, and Assistant United States Attorney Kevin L. Rosenberg and hereby requests that the Court quash the arrest warrant issued for the defendant on February 16, 2023. Defendant Blair has been arrested on a warrant tied to a superseding indictment issued on March 2, 2023 and the original warrant is duplicative and no longer needed.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

By:   */s/ Kevin Rosenberg*
KEVIN ROSENBERG
Assistant United States Attorney
OHIO BAR 81448
601 D Street, NW
Washington, DC 20530
(202) 252-7833
Kevin.Rosenberg@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-CR-51 (ABJ)** |
| | : | |
| **v.** | : | |
| | : | **(UNDER SEAL)** |
| **JACOB BLAIR,** | : | |
| also known as "YVS," | : | |
| also known as "Colorshifting,' | : | |
| also known as "YourVendorsSupplier," | : | |
| also known as "YVendorsSupplier," | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the Government's motion and representations contained therein, it is hereby

**ORDERED** that the arrest warrant issued on February 16, 2023 for Jacob Blair is hereby quashed.

SIGNED this _____ March 2023

                                                                                                          _____
                                                                                                          AMY BERMAN JACKSON
                                                                                                          United States District Judge