# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  23-CR-51 (ABJ)** |
| | : | |
| v. | : | |
| | : | |
| **JACOB BLAIR,** | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Robert Sainvil at telephone (202) 803-7241 email address: Robert.Sainvil2@usdoj.gov.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney D.C.
    D.C. Bar No. 481052

    */s/ Robert Sainvil*
    Robert Sainvil
    Assistant United States Attorney
    Patrick Henry Building
    601 D Street NW
    Washington, DC  20530
    Robert.Sainvil2@usdoj.gov
    Office: (202) 803-7241