NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.  Criminal Number 23cr0051 (ABJ)

**JACOB BLAIR**
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

[X] CJA     [ ] RETAINED     [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

CHRISTOHER M. DAVIS 385582
*(Attorney & Bar ID Number)*

DAVIS & DAVIS
*(Firm Name)*

1350 CONNECTICUT AVE NW STE 202
*(Street Address)*

WASHINGTON   DC   20036
*(City)          (State)          (Zip)*

202 234-7300
*(Telephone Number)*