

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

601 D Street, N.W.
Washington, D.C. 20001

April 17, 2023

    Re:   *United States v. Jacob Blair, et. Al., 23-CR-51 (ABJ)*

Dear Counsel,

    I am providing this discovery to you in accordance with local rules and Rule 16 of the Federal Rules of Criminal Procedure and will provide additional discovery material as it becomes available.

    In the USAFx Folder for *US v. Blair et. Al.*, you will see the government's initial discovery production. In this production you will find a total 2,225 files, many of which are photos or JPEGs. The total storage for the discovery uploaded is 3.29 GB. We are working on transferring electronically downloaded evidence and will be in touch soon about a more efficient way to transfer cell phone and computer downloads.

    As always, please let me know if you have any issues downloading this information. USAFx will store the information for 30 days so I encourage you to download the information soon.

Sincerely,

Matthew M. Graves
United States Attorney

By:    /s/ Kevin Rosenberg
        KEVIN L. ROSENBERG
        Assistant United States Attorney
        202-809-5351