**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **23-CR-51 (ABJ)** |
| | **:** | |
| **JACOB BLAIR, and** | **:** | |
| **DYANNI PEZZELLE,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

## NOTICE OF DISCOVERY FILING

The United States Attorney, Matthew Graves, by and through his assistant, Assistant United States Attorney Kevin Rosenberg, hereby files this notice to document discovery provided to defense counsel on April 24, 2023, in the above captioned matter. Discovery has been transmitted to defense counsel through the USAFx file exchange platform and will be available for downloading for 30 days.  The attached letter has also been transmitted to defense counsel containing an inventory of folders produced pursuant to the Government's continued discovery obligations.

Matthew M. Graves
United States Attorney

 _/S/ Kevin L. Rosenberg
Kevin Rosenberg
OHIO BAR 0081448
Assistant United States Attorney
Violence Reduction and Trafficking
Offenses Section
United States Attorney's Office for the District of
Columbia
Kevin.Rosenberg@usdoj.gov
202-252-7833