

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

601 D Street, N.W.
Washington, D.C. 20001

April 24, 2023

Re:   *United States v. Jacob Blair, et. Al., 23-CR-51 (ABJ)*

Dear Counsel,

    I am providing this discovery to you in accordance with local rules and Rule 16 of the Federal Rules of Criminal Procedure and will provide additional discovery material as it becomes available.

    In the USAFx Folder for *US v. Blair et. Al.*, you will see an additional folder uploaded today, title "Production 4.24.23." This folder contains 575 files for your review, including some ZIP files.

    As always, please let me know if you have any issues downloading this information. USAFx will store the information for 30 days so I encourage you to download the information soon.

Sincerely,

Matthew M. Graves
United States Attorney

By:   /s/ Kevin Rosenberg
KEVIN L. ROSENBERG
Assistant United States Attorney
202-809-5351