UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case Number: 23-CR-51 (ABJ) |
| : | |
| **JACOB BLAIR,** : | |
| also known as "YVS," : | |
| also known as "Colorshifting,' : | |
| also known as "YourVendorsSupplier," : | |
| also known as "YVendorsSupplier," and : | |
| **DYANI PEZZELLE,** : | |
| Defendants. : | |
| : | |

### JOINT MOTION TO WAIVE SPEEDY TRIAL TIME

Now comes the United States of America, by and through the United States Attorney for the District of Columbia, Matthew Graves, and Assistant United States Attorney Kevin L. Rosenberg, along with defense counsel for Defendants Jacob Blair and Dyani Pezzelle and hereby requests that the Court toll the running of the Defendants' right to a speedy trial through the first status conference scheduled for June 7, 2023. Counsel for both defendants are currently reviewing discovery and the tolling of speedy trial time serves the ends of justice.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        DC Bar No. 481052

By:    */s/ Kevin Rosenberg*
        KEVIN ROSENBERG
        Assistant United States Attorney
        OHIO BAR 81448
        601 D Street, NW
        Washington, DC 20530
        (202) 252-7833
        Kevin.Rosenberg@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case Number: 23-CR-51 (ABJ) |
| : | |
| **JACOB BLAIR,** : | |
| also known as "YVS," : | |
| also known as "Colorshifting,' : | |
| also known as "YourVendorsSupplier," : | |
| also known as "YVendorsSupplier," and : | |
| **DYANI PEZZELLE,** : | |
| Defendants. : | |

**ORDER**

Based upon the Joint Motion and representations contained therein, it is hereby

**ORDERED** that for good cause shown and that to allow defense counsel more time to review discovery, that speedy trial time from May 11, 2023 through June 7, 2023 is hereby tolled.

SIGNED this _____ May, 2023

                                                                                                   _____
                                                                                                   AMY BERMAN JACKSON
                                                                                                   United States District Judge

2