# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal No.: 23-CR-00051 (ABJ)** |
| **v.** | **:** | |
| | **:** | |
| **JACOB BLAIR et al.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Thomas G. Strong, who may be contacted by telephone on (202) 252-7063 or e-mail at thomas.strong@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney D.C.
D.C. Bar No: 481052

By:     /s/ *Thomas G. Strong*
Thomas G. Strong
Assistant United States Attorney
N.Y. Bar No: 4958658
United States Attorney's Office
601 D Street N.W.
Washington, D.C.  20530
Telephone: (202)252-7063
thomas.strong@usdoj.gov