UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | Case No. 23-CR-051 |
| **v.** : | |
| : | |
| **JACOB BLAIR, and** : | |
| **DYANI PEZZELLE,** : | |
| : | |
| **Defendants.** : | |

## MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submit this joint motion to continue the Status Hearing set for October 6, 2023, at 2:00 p.m., and to exclude time under the Speedy Trial Act, and state as follows:

1. On July 17, 2023, the Court held a Status Hearing for this matter and scheduled another Status Hearing for October 6, 2023, at 2:00 p.m. The Court also granted the Government's motion to exclude the time between July 17, 2023, and October 6, 2023, under the Speedy Trial Act in the interests of justice and on consent of the defendants.

2. The Government has been reviewing several matters regarding this case which may affect the terms of plea offers issued to the defendants. The Government has communicated about the same to defense counsel. Accordingly, the Government believes that an additional continuance would facilitate the provision of plea offers in this case and allow the parties additional time to discuss whether dispositions may be reached in this case in advance of trial.

3. Accordingly, the Government requests a 60-day continuance of the October 6, 2023, Status Hearing in this case.

4. The Government has conferred with counsel for the defendants and is authorized to represent that the defendants do not oppose this motion.

WHEREFORE, the Government respectfully request that the Court issue an Order continuing the Status Hearing scheduled for October 5, 2023, at 2:00 p.m. and excluding all time from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) from October 5, 2023, until the next hearing in this matter.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney

    By: */s/ Thomas G. Strong*
    Thomas G. Strong
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-7063
    thomas.strong@usdoj.gov