UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 23-CR-051 |
| v. | : | |
| | : | |
| JACOB BLAIR, and | : | |
| DYANI PEZZELLE, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Based upon the representations in the Motion to Continue Status Hearing and to Exclude Time Pursuant to the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled Status Hearing on October 6, 2023, be continued for good cause to _____; and it is further

**ORDERED** that the time between October 6, 2023, and _____ shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweigh the bests interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to discuss potential pretrial resolutions of this case.

_____
HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE